UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff )<br>)<br>vs. )<br>)<br>Armando Gutierrez-Vizcarra )<br>  Defendant(s) ) | CRIMINAL NO. 08 CR 588 BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07249298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Ricardo Romero-Gonzalez

DATED: 3-4-08

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk