MAR 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0588-BTM |
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and |
| ARMANDO GUTIERREZ-VIZCARRA, | ) ) | (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United |
| Defendant. | ) ) | States and Aiding and Abetting |
| | ) | |

The United States Attorney charges:

On or about February 16, 2008, within the Southern District of California, defendant ARMANDO GUTIERREZ-VIZCARRA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Ricardo Romero-Gonzalez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 3/4/08 .

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
2/20/08