FILED

DEFENDANT Armando Gutierrez Vizcarra

USM. No. 07249-298

Florence Correctional Center

P.O. Box 6900

Florence Arizona - 85232

Para que mi Juez me aga el fabor de mandarme mi Discovery con el que yo fui Sentenciado lla que se lo e pedido a mi abogado Robert R. Henssler, Jr. y nunca me a dado respuesta alguna es por eso que le ago a usted esa petición porque tengo 1 mes con dias esperando contestación de el abogado lla numbrado y pues me vi en la necesidad de mandarle una carta a ustedes y Senator Dianne Feinstein y pues pronto recibi contestación estoy y boy a gradecerle a usted si me ase el fabor señor Juez le mando el numero de caso numero 08CR0588-BTM para que me aga el fabor de mandarmelo muchos gracias x su atención ATT.

Armando Gutierrez Vizcarra

States District Ct. Court
880 Front Street
Suite 4290
San Diego CA 92101-8900

Defendant: Armando Gutierrez Vizcarra
Case Number: 08CR0588-BTM

**TRANSLATION**

DEFENDANT Armando Gutierrez Vizcarra

U.S.M. No. 07249 298

Florence Correctional Center

P.O. Box 6900

Florence, Arizona, 85232

So that my Judge will please send me my "Diccovery" **[sic]** with which I was sentenced, since I have asked my lawyer Robert R. Henssler, Jr. for it, and he has never given me any answer; that is why I am making that request of you, because I have been waiting for a month and several days for an answer from the above-mentioned lawyer, and so I felt that I needed to send a letter to you **[plural]** and to Senator Dianne Feinstein, and I received an answer quickly. I am and will be thankful if you will do me the favor, Your Honor. I am sending you my case number: number 08-cr-0588-BTM, so that you will please send it to me. Thank you very much for your consideration. Yours truly,

**[signed]:**   Armando Gutierrez Vizcarra

                                                                States District Court ct. **[sic]** Court
                                                                880 Front Street
                                                                Suite 4290
                                                                San Diego, CA 92101 8900

Defendant: Armando Gutierrez Vizcarra
Case Number: 08-cr-0588-BTM

**Translator's Note:** The original, Spanish-language document contains numerous errors in orthography and punctuation which have not been reproduced in the English-language translation.

**Translated by:** M. Mendenhall, Certified Interpreter, U.S. District Courts, August 22, 2008



**Chambers of**
**Barry Ted Moskowitz**
United States District Judge

**United States District Court**
*Southern District of California*
940 Front Street
San Diego, California 92101-8915

*Tele: 619-557-5583*
*Fax: 619-702-9966*

September 9, 2008

Robert R. Henssler, Jr.
Federal Defenders of San Diego
225 Broadway Suite 900
San Diego CA 92101-5008

      Re:   US v. Gutierrez-Vizcarra
              Case No. 08cr0588-BTM

Dear Mr. Henssler:

Judge Moskowitz has received the attached letter regarding the above-referenced case and asked that I forward a copy to you and the Assistant U.S. Attorney assigned to the case.

A copy of Armando Gutierrez-Vizcarra's judgment is being send to him.

                      Very truly yours,

                      Dawn Reinhardt, Judicial Assistant to the
                      Honorable Barry Ted Moskowitz
                      United States District Judge

cc:   AUSA Andrew Schopler

       Florence Correctional Center
       Armando Gutierrez-Vizcarra
       USM No. 07249-298
       PO Box 6900
       Florence, Arizona 85232